## COURT OF OYER AND TERMINER, &c. JULY TERM, 1805.

### THE STATE vs. FISHER.

*Quere.* Whether a mulatto, born free of a manumitted negro mother, is a competent witness against a free born white christian, in a prosecution for felony?

INDICTMENT for *Felony*. Not guilty pleaded. At the trial, *Rebecca Syntha*, a mulatto woman, born free of a manumitted negro mother, was offered as a wit-ness—but who was objected to by the counsel of the prisoner as incompetent to testify against him, he being a free born white christian man. But the court, (*Dorsey*, Ch. J.) admitted the witness, declaring at the time that if the prisoner should be convicted, they would postpone judgment until the opinion of the judges of the general court could be taken whether the witness was competent to give evidence against the prisoner, and declaring at the same time that a contrariety of opinion had taken place upon the sub-ject.

*Verdict,* guilty, and a petition prepared and pre-sented to his excellency the governor, stating the facts in the case, praying that he would lay the same before the general court for their opinion.

The abolition of the general court prevented that court from acting on the petition, and it was laid be-fore the court of appeals at June term 1806. But the judges having a diversity of opinion upon the subject, requested the attorney-general to inform the governor that the court could not agree in opinion upon the question.

By the act of *May* 1717, *ch.* 8, *s.* 1, it is enacted, "that no negro or mulatto slave, free negro, or mulatto born of a white woman, during his time of *servitude*

*by law (a)*, be admitted and received as good and valid evidence in law in any matter or thing whatsoever depending before any court of record, or before any magistrate, wherein any christian white person is concerned."

July 1805.

The State
vs.
Fisher

(a) By the act of 1715, *ch.* 44, *s.* 25, 26, a white woman having a child by a slave, or free negro, should become a servant for seven years,—and the issue should be a servant until 31 years of age. By the act of 1728, *ch* 4, free mulatto women, and their bastard issue, were made subject to the same penalties; and free negro women, having bastards by white men, and their issue, were also made subject to the same penalties.